AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

**3961 Alabama Avenue, S.E.**
**Washington, D.C. 20020**
**(as described in Attachment B)**

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:

(Further described below)

I _____**Hadley Etienne**_____ being duly sworn depose and say:

I am a(n)_____**Special Agent with the Federal Bureau of Investigation**_____ and have reason to believe
                              (Official Title)
that ☐ on the person of or ☒ on the property or premises known as   (name, description and or location)

**3961 Alabama Avenue, S.E., Washington, D.C. 20020**
**(As Described in Attachment B)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**See Attachment A**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
Evidence and fruits of a crime

concerning a violation of Title __**18**__ United States Code, Section(s) **2133(a) and (b)**__. The facts to support a finding
of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

**Jeffrey R. Ragsdale**
**Federal Major Crimes Section**
**(202) 514-8321**
                                  **Signature of Affiant**

Sworn to before me, and subscribed in my presence     **Hadley Etienne,  Special Agent**
                                         **Federal Bureau of Investigation**

_____     at Washington, D.C.
Date

_____     _____
Name and Title of Judicial Officer     Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**
**FOR 3961 ALABAMA AVENUE, S.E.**
**WASHINGTON, D.C.  20020**

I, Hadley Etienne, having been duly sworn, depose and state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so employed for approximately 18 months.   I am currently assigned to the Violent Crime/Major Offenders Squad in Washington, D.C.  I have participated in numerous bank robbery investigations that have resulted in the convictions of defendants.

2.      This affidavit is submitted in support of an application for a warrant to search and to seize relevant evidence found within the residence of KEVIN ROSS WILLIAMS, Jr. (WILLIAMS), located at 3961 Alabama Avenue S.E., Washington, D.C. 20020.  The residence is located in the District of the District of Columbia and is more fully described in Attachment B.

3.      I seek authority to search WILLIAMS' residence located at 3961 Alabama Avenue, S.E., Washington, D.C. 20020, for evidence of WILLIAMS' unlawful activities described in this affidavit, which activities are in violation of Title 18, United States Code, Section 2113(a) and (d) (bank robbery).  The specific items to be searched for and seized are more fully described in Attachment A.

4.      The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation.  This affidavit contains information necessary to support probable cause for this application.  It is not intended to include each and every fact and matter observed by me or known to the government.

**Probable Cause**

5.      On Tuesday, May 29, 2007 at approximately 10:30 a.m., a lone black male threw a brick through the lower portion of the side glass door to the United Bank located at 2300 9th Street South, Arlington, Virginia, 22204, a bank whose deposits are insured by the Federal Deposit Insurance Corporation (FDIC).  The male then entered the bank through the broken glass door wielding a long-barreled gun, larger than a hand-gun, with a magazine protruding from the bottom of the gun and robbed the bank of approximately $29, 850 in United States currency.  The male ordered everyone in the bank face down on the ground with the exception of one teller whom he grabbed by the collar, pointed the gun at his back,  and ordered him to open the automated teller machine (ATM) located through a door in the lobby of the bank.

6.      While the teller was opening the ATM, the male was behind the teller counter taking money from the teller drawers.  When the teller opened the ATM, the male took the money from both of the ATM drawers, placed the money in a black shoulder bag, and fled the bank in an unknown direction .

7.      An Arlington County police officer was in the immediate vicinity of the bank responding to a dispatch call of destruction of private property stemming from the lone male using a brick to break the glass in the front door of the bank. The initial description of the man who broke the window was a black male, about 5'6"-5'10", medium build, wearing a black tee-shirt and a black bandana.  The Arlington County police officer observed a man fitting the description of the individual who broke the glass departing the area on foot, north on South Wayne Street, in Arlington, Virginia.  The officer exited his vehicle and asked the individual to stop.  The individual turned and ran to a white 2003 Lexus vehicle bearing Maryland license plate number 3CEM38.  The officer

2

observed the Lexus as it sped away from the area. As the officer observed the Lexus vehicle, the Arlington County police dispatcher announced that the individual who broke the bank window was also suspected of robbing that same bank. The Arlington County police officer then pursued the Lexus. As the Lexus crossed over the 14th Street Bridge of Interstate 395, the officer observed the driver begin to throw United States currency out of the driver's side window. The officer further observed the driver also throw what appeared to be a black handgun out of the front passenger side window into the Potomac River.

8.     The white Lexus crashed just after exiting the D Street/U.S. Capitol exit in Washington, D.C.. Officers from the United States Capitol Police apprehended the driver and identified him as WILLIAMS. The Arlington County police officer who had pursued the Lexus arrived on the scene and positively identified WILLIAMS as the individual whom he pursued from Arlington, Virginia.

9.     WILLIAMS was transported to the Washington Field Office of the Federal Bureau of Investigation, subsequent to his arrest. After being advised of his *Miranda* rights, Williams knowingly and voluntarily waived his rights. WILLIAMS admitted to robbing the United Bank branch located at 2300 9th Street South, Arlington, Virginia on May 29, 2007. WILLIAMS also admitted to three additional bank robberies. WILLIAMS admitted to robbing the same United Bank branch at 2300 9th Street South, Arlington, Virginia, on November 2, 2006. WILLIAMS stated that he wore a mask during this robbery. Photographs from video surveillance of the November 2, 2006 robbery show the robber wearing a black winter coat and a mask. A mask similar to that depicted in the photographs from the video surveillance camera of the November 2, 2006 robbery of the United Bank was recovered from WILLIAMS automobile at the time of his arrest.

10.     WILLIAMS also admitted robbing the Cardinal Bank branch located at 1737 King Street, Alexandria, Virginia, on January 8, 2007, and again on April 4, 2007. Photographs from the video survillance camera at the Cardinal Bank on April 4, 2007, show the robber wearing a black hooded sweatshirt with a cartoon character on the front. WILLIAMS is also wearing a black cap.

11.     During at least three robberies, WILLIAMS was given bait money by bank employees containing sequenced serial numbers maintained and documented by the bank. A list of those serial numbers are set forth in attachment A.

12.     During the Cardinal Bank robbery on April 4, 2007, WILLIAMS walked into the bank while holding a cellular telephone to his ear.

13.     Based on my training and experience, along with training and experience of other agents and law enforcement officers, I know that individuals who rob banks often leave evidence in their homes or other locations where they may be living. These items of evidence often include bait money or other currency, bank money wrappers, maps depicting the locations of banks and escape routes, weapons, demand notes, items of clothing worn during the robberies, items worn to disguise the identity of the robber, bags used to carry the money, and dye-stained clothing and bags discolored from a dye-pack activation.

14.     I also know that individuals commonly leave trace evidence, including but not limited to fingerprints, hair, and fiber in locations where they have been present. I also know that trace evidence can be collected and subjected to forensic analysis to determine the origin of the items. This analysis can further be used to identify an individual donor to the exclusion of extremely large numbers of individuals if collected properly and in a timely manner.

15.     District of Columbia tax records state that the house at 3961 Alabama Avenue, S.E.,

4

Washington, D.C. is owned by WILLIAMS' father, Kevin Ross Williams, Sr. In addition, motor vehicle record for the District of Columbia reflect that Kevin Ross Williams, Sr. has a driver's license issued with that listed address and also owns a vehicle registered to that address.

16.     I interviewed WILLIAMS on May 29, 2007 and at that time he told me that he sometimes lives out of his car, and sometimes lives at 3961 Alabama Avenue, S.E., Washington, D.C., with his father.

17.     When WILLIAMS car was searched subsequent to his arrest, no personal property or other personal items that might indicate that a person was living out of his car were found at that time.

18.     On June 1, 2007, I interviewed a witness who told me that she and WILLIAMS were once involved in a romantic relationship and that when they ended their relationship in late 2005, she believed that WILLIAMS may have resided at 3961 Alabama Avenue, S.E., Washington, D.C. In addition, she drafted a resume for WILLIAMS when they were together, which lists 3961 Alabama Avenue, S.E., Washington D.C. as his place of residence. In addition, the witness reported that KEVIN ROSS WILLIAMS SR, the defendant's father, visited her home the day WILLIAMS was arrested and collected WILLIAMS' clothing and other personal property that had been left at HENDERSON'S home.

19.     During my investigation, I conducted an inquiry of WILLIAMS using online databases available to the FBI, including Choicepoint, Accurint, and the National Crime Information Center (NCIC) database. Choicepoint and Accurint are online databases that store publicly available consumer information and provide them in a unified report. The information includes but is not limited to addresses, telephone numbers, property deed transfers, etc. Choicepoint and NCIC

5

databases show that WILLIAMS currently resides at 3961 Alabama Avenue, S.E., Washington D.C.

20.    During the course of my investigation, Accurint database reported two addresses associated with WILLIAMS: 3961 Alabama Avenue, S.E., Washington, D.C., and 3503 Pearl Drive, Apartment 3, Suitland, Maryland, 20746. Further investigation has revealed that if WILLIAMS never resided at the Pearl Drive address, he has not done so since at least May 2005.

21.    Based on the foregoing, there is probable cause to believe that KEVIN ROSS WILLIAMS JR, did commit bank robbery in violation of 18 U.S.C. 2133(a) and (d) and that evidence, fruits, and instrumentalities of these violations are located at 3961 Alabama Avenue, S.E., Washington, D.C. I respectfully request that a warrant be issued  to enter the premises known as 3961 Alabama Avenue, S.E., Washington, D.C., and therein search for and seize the items described in Attachment A.


_____
Special Agent Hadley Etienne
Federal Bureau of Investigation


Sworn and subscribed before me on this _____ day of June, 2007.


_____
U.S. Magistrate Judge

ATTACHMENT "A"

DESCRIPTION OF ITEMS TO BE SEIZED

Evidence, instrumentalities, and fruits of the crime described in the affidavit, including:

1. Articles of clothing, to include but not limited to a black hooded sweatshirt with a cartoon character on the front, black baseball caps, black winter coat, mask.

2. Weapons to include handguns, firearms and pellet guns.

3. Hairs, fibers and or fingerprints.

4. Maps and/or items displaying the location of the banking institutions.

5. US Currency with dye stains and/or currency serials known to be given out as bait bills during the robbery for the following currency:

| Serial | Year | Amount |
|---|---|---|
| EB41804539A | 2004 | $20.00 |
| CE41141147D | 2001 | $20.00 |
| CE80157432C | 2001 | $20.00 |
| EB57460065A | 2004 | $20.00 |
| EC24166342B | 2004 | $20.00 |
| EA71991752A | 2004 | $20.00 |
| EA72426294A | 2004 | $20.00 |
| EB56984803A | 2004 | $20.00 |
| EB71460136A | 2004 | $20.00 |
| CE11106287C | 2001 | $20.00 |
| EB71519272A | 2004 | $20.00 |
| EK43195387A | 2004 | $20.00 |
| EB93749514C | 2004 | $20.00 |
| AA566224701 | 1996 | $20.00 |
| AA34295485C | 1996 | $20.00 |
| AA588155161 | 1996 | $20.00 |
| AA594316281 | 1996 | $20.00 |
| AA33619736C | 1996 | $20.00 |
| AA00834966H | 1996 | $20.00 |
| AE75565564C | 1996 | $20.00 |
| AG50434591G | 1996 | $20.00 |
| AB47052573G | 1996 | $20.00 |
| AA23552305G | 1996 | $20.00 |
| BK32088943B | 1991 | $10.00 |
| CB06216938A | 2001 | $10.00 |
| BK10395640B | 1999 | $10.00 |
| CA17035833A | 2001 | $10.00 |

6. Receipts, bills and credit card statements in the name of Kevin Ross Williams, Jr.

7. Cellular telephones.

ATTACHMENT "B"

DESCRIPTION OF THE PREMISES TO BE SEARCHED

3961 Alabama Avenue S.E.
Washington, D.C., 20020

Said premises being described as a red brick two story row house on Alabama Ave, S.E. in the District of Columbia, with a white paned window to the right of the front door, and with three brick columns supporting the front porch. There is a face plate to the right of the front door with the numbers 3961.