AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**3961 Alabama Avenue, S.E.**
**Washington, D.C. 20020**
**(as described in Attachment B)**

**SEARCH WARRANT**

CASE NUMBER:

## 0 7 - 2 8 8 - M - 0 1

TO: __Any agent of the Federal Bureau of Investigation__   and any Authorized Officer of the United States

Affidavit(s) having been made before me by  **Special Agent Hadley Etienne**   who has reason to believe that ☐
on the person or ☒ on the premises known as  (name, description and or location)

**3961 Alabama Avenue, S.E., Washington, D.C. 20020**
**(As Described in Attachment B)**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**See Attachment A**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _June 23, 2007_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__JUN 1 3 2007__
Date and Time Issued
**JOHN M. FACCIOLA**
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer

at Washington, D.C.

_John M. Facciola_
Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>6/23/07 | DATE AND TIME WARRANT EXECUTED<br><br>6/15/07 at 6:00 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF    SA Daniel Bremer | | |
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>See Attached | | |

**FILED**

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          6/15/07
U.S. Judge or U.S. Magistrate Judge                Date

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # ___91A - WF - 236380___

On (date) ___June 15, 2007___

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____

(Street Address) ___3961 Alabama Ave. SE___

(City) ___Washington D.C. 20020___

Description of Item(s): _____

- one car key belonging to Land Rover, YR 2003 belonging to Kevin Williams, Jr. (found on kitchen table)

The below items were seized from 2005 Dodge Magnum / DC tags ANUBIS:

- two Motorola cell phones (NEXTEL)
  i 560 S/N
  i 710 S/N

- Black ID Wallet containing D.C. Driver's license, SSN card belonging to ~~Kell~~ DWB Kevin Williams Jr, 1 Business Card

- VISA credit card and related paperwork     Exp. 12/08

- Lease Agreement for 138 Michigan Ave. Apt S-21, WDC.

_10_ ~~b... #gr... #j... ... more items taken~~

Daniel K. Bremer

Received By: SA _Daniel K. Brom_          Received From: ___K... w...___
               (Signature)                              (Signature)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____ QIA-WF-236380 _____

On (date) _____ June 15, 2007 _____

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) _____

(Street Address) _____ 3961 Alabama Ave SE _____

(City) _____ Washington D.C. 20020 _____

Description of Item(s): _____

(1.) Bank information, telephone #'s, Verizon bill, Change of Address
    Confirmation  —  Dining Room

(2) Misc papers, car titles, financial statements, bills — Kitchen

(3) Owner's Manual for M11A1 (Air Sports Gun) — basement

(4) Vehicle brochure for Land Rover — basement

(5) Assorted paperwork for Lexus + Land Rover — basement

No More Items Taken

Daniel K. Bremer

Received By: SA _____  Received From: _____
                (Signature)                              (Signature)

## ATTACHMENT "A"

## DESCRIPTION OF ITEMS TO BE SEIZED

Evidence, instrumentalities, and fruits of the crime described in the affidavit, including:

1. Articles of clothing, to include but not limited to a black hooded sweatshirt with a cartoon character on the front, black baseball caps, black winter coat, mask.

2. Weapons to include handguns, firearms and pellet guns.

3. Hairs, fibers and or fingerprints.

4. Maps and/or items displaying the location of the banking institutions.

5. US Currency with dye stains and/or currency serials known to be given out as bait bills during the robbery for the following currency:

| | |
|---|---|
| 2004 | $20.00 |
| 2001 | $20.00 |
| 2001 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 2001 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 2004 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1996 | $20.00 |
| 1991 | $10.00 |
| 2001 | $10.00 |
| 1999 | $10.00 |
| 2001 | $10.00 |

6. Receipts, bills and credit card statements in the name of

7. Cellular telephones.

ATTACHMENT "B"

DESCRIPTION OF THE PREMISES TO BE SEARCHED

3961 Alabama Avenue S.E.
Washington, D.C., 20020

Said premises being described as a red brick two story row house on Alabama Ave, S.E. in the District of Columbia, with a white paned window to the right of the front door, and with three brick columns supporting the front porch. There is a face plate to the right of the front door with the numbers 3961.